IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FREEDOM MEDICAL, INC. : CIVIL ACTION
:
v. :
:
THOMAS R. GILLESPIE, III, :
et al. : NO. 06-3195

ORDER

AND NOW, this 23rd day of May, 2013, upon consideration of the motion for summary judgment filed by defendant Sandra "Dawn" Hall (Docket No. 567), the motion for summary judgment filed by defendants U.S. Med-Equip, Inc., Gregory Salario, and Gurmit Bhatia (collectively, the "U.S. Med Defendants") (Docket No. 569), and the briefs in support of and opposition to those motions, and following oral argument held on March 14, 2013, IT IS HEREBY ORDERED, for the reasons stated in a memorandum bearing today's date, that Ms. Hall's motion is GRANTED and the U.S. Med Defendants' motion is GRANTED IN PART and DENIED IN PART. IT IS FURTHER ORDERED THAT:

1. Judgment is hereby ENTERED in favor of defendant Sandra "Dawn" Hall and against the plaintiff on all claims against her. The Clerk shall TERMINATE Ms. Hall as a defendant in this case.

2. Judgment is hereby ENTERED in favor of all three of the U.S. Med Defendants and against the plaintiff on the claims brought against them under the Racketeer Influenced and

Corrupt Organizations Act (Counts I and II of the Second Amended Complaint).

3. With respect to the state law claims asserted against the U.S. Med Defendants, their motion for summary judgment is DENIED.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.