IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FREEDOM MEDICAL, INC. : CIVIL ACTION
:
v. :
:
THOMAS R. GILLESPIE, III, :
et al. : NO. 06-3195

ORDER

AND NOW, this 23rd day of July, 2013, upon consideration of the plaintiff's motion for the entry of final judgment pursuant to Federal Rule of Civil Procedure 54(b) on certain of its claims or, in the alternative, certification of the Court's May 23, 2013 order for interlocutory appeal (Docket No. 593), and the briefs in support of and opposition to that motion, IT IS HEREBY ORDERED, for the reasons stated in a memorandum bearing today's date, that the motion is DENIED.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.